DAVID LEVY et al., Appellants, *v.* SOLOMON LOEB et al., Respondents.

(Argued November 26, 1878; decided December 10, 1878.)

*Lewis Sanders* for appellants.

*Wheeler De F. Edwards* for respondents.

AGREE to affirm without opinion.
All concur.
Order affirmed.

---

ADELIA BOVEE, Appellant, *v.* MELVIN N. KING, Respondent.

(Argued November 27, 1878; decided December 10, 1878.)

REPORTED below, 11 Hun, 250.

*Thomas Corlett* for appellant.

*S. M. Bangs* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.